**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| GABRIELLE BARBOUR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00883 |
| ) | (PTG/JFA) |
| MERRICK B. GARLAND, United States Attorney General ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

COME NOW Pursuant to Local Civil Rule 83.1(G), Plaintiff Gabrielle Barbour and Plaintiff's Counsel Juli M. Porto, Esquire and the law firm of Blankingship & Keith, P.C.; Kelley Simoneaux, Esq. and the law firm of The Spinal Cord Injury Law Firm, PLLC; and David J. Shaffer, Esq. and the law firm of David Shaffer Law, PLLC; and jointly and respectfully request leave for Plaintiff's Counsel to withdraw as counsel for Plaintiff in the above referenced matter. Plaintiff Barbour requests to proceed *pro se*.

WHEREFORE, Plaintiff and Plaintiff's Counsel respectfully request that the Court grant Plaintiff's Counsel leave to withdraw as counsel for Plaintiff and for such other relief as the Court deems necessary and appropriate.

Dated: August 29, 2024

Respectfully submitted,
GABRIELLE BARBOUR and COUNSEL

Gabrielle Barbour
444 N. 4th Street #402
Philadelphia, PA 19123
grb2122@columbia.edu

        David J. Shaffer, Esq.
        Admitted pro hac vice
        David.Shaffer@davidshafferlaw.com
        David Shaffer Law, PLLC
        1629 K Street, NW Suite #300
        Washington, DC 20006
        Phone: 202-210-7424
        *Plaintiff's Counsel*

        Kelley Brooks Simoneaux, Esq.
        Admitted pro hac vice
        kelley@spinalcordinjurylawyers.com
        The Spinal Cord Injury Law Firm, PLLC
        1629 K Street, NW Suite 300
        Washington, DC 20006
        Telephone: (202) 507-9180
        *Plaintiff's Counsel*

        BLANKINGSHIP & KEITH, P.C.
        4020 University Drive, Suite 300
        Fairfax, Virginia 22030
        Telephone: 703-691-1235
        Facsimile: 703-691-3913

        By: */s/ Juli M. Porto*
        Juli M. Porto, VSB #80820
        jporto@bklawva.com
        *Plaintiff's Counsel*

## CERTIFICATE OF SERVICE

      I hereby CERTIFY that on this 29th day of August 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

      In addition, I served Plaintiff via email at the following address:

Gabrielle Barbour
444 N. 4th Street #402
Philadelphia, PA 19123
grb2122@columbia.edu

        */s/ Juli M. Porto*
        Juli M. Porto
        BLANKINGSHIP & KEITH, P.C.
        4020 University Drive, Suite 300
        Fairfax, Virginia 22030
        Telephone: (703) 691-1235